# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
August 14, 2023

Lyle W. Cayce
Clerk

———————

No. 22-30581

———————

Shauna M. Johnson,

*Plaintiff—Appellant*,

*versus*

Kendall Turner; Melanie Montroll,

*Defendants—Appellees*.

———————————————————————

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:21-CV-383

———————————————————————

Before Duncan and Wilson, *Circuit Judges*, and Schroeder, *District Judge*.[*]

Per Curiam:[†]

Plaintiff sued defendants under 42 U.S.C. § 1983, claiming her arrest for failing to obey a police order and driving without a license was in violation of the First and Fourth Amendments and state law. *See* La. Rev. Stat.

———————————————

[*] United States District Judge for the Eastern District of Texas, sitting by designation.

[†] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-30581

Ann. §§ 32:56(A); 32:52. The district court dismissed those claims based on qualified immunity.

Having considered the district court's thorough opinion, the briefs, and the record, and having heard oral argument, we find no reversible error.

AFFIRMED. *See* 5th Cir. R. 47.6.